**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Shahid Jamal,**                                                           Civil No. 06-4932 (DSD/SRN)

      **Plaintiff,**

  v.                                                                                          **O R D E R**

**Michael Chertoff, Secretary of the**
**Department of Homeland Security;**
**Robert S. Muller, III, Director of**
**Federal Bureau of Investigation; Emilio**
**T. Gonzalez, Director of United States**
**Citizenship and Immigration Services**
**(USCIS); and Paul E. Novak Jr.,**
**District Director of USCIS Vermont;**

      **Defendants.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. No. 7) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

Dated: August 30, 2007

                                                                 s/David S. Doty
                                                                 David S. Doty
                                                                 United States District Court Judge